# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sharon Hendrickx,                       Civil No. 17-4198 (DWF/HB)

       Plaintiff,

v.                                       **ORDER FOR DISMISSAL**
                                             **WITH PREJUDICE OF**
Messerli & Kramer, P.A. and Midland       **DEFENDANT MIDLAND**
Funding, LLC,                             **FUNDING, LLC, ONLY**

       Defendants.

Based upon the Voluntary Dismissal With Prejudice filed by the Plaintiff on November 16, 2017, (Doc. No. [10]),

**IT IS HEREBY ORDERED** that the Complaint as against Defendant Midland Funding, LLC, ONLY is **DISMISSED WITH PREJUDICE** without costs, or disbursements, or attorney fees to Plaintiff or Defendant.

Dated: November 22, 2017           s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge