UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 17-CV-04198 (DWF/HB)

Sharon Hendrickx,

               Plaintiff,

vs.

Messerli & Kramer P.A., and
Midland Funding LLC,

               Defendants.

**NOTICE OF SETTLEMENT**

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the Parties in the above-referenced matter have reached a settlement. The Parties anticipate a Stipulation of Settlement will be finalized and Request for Dismissal will be filed with the Court within thirty (30) days.

**MESSERLI & KRAMER PA**

Dated: March 22, 2018

By: s/ *Stephanie S. Lamphere*
Derrick N. Weber, #241623
Stephanie S. Lamphere, #396794
3033 Campus Drive, Suite 250
Plymouth, MN 55441
Telephone: (763) 548-7900
Facsimile: (763) 548-7922
dweber@messerlikramer.com
slamphere@messerlikramer.com
ATTORNEYS FOR DEFENDANTS