UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sharon Hendrickx, | Civil No. 17-4198 (DWF/HB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE FOR DEFENDANT MESSERLI & KRAMER, P.A.** |
| Messerli & Kramer, P.A., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice for Defendant Messerli & Kramer, P.A., filed on April 17, 2018, (Doc. No. [21]),

**IT IS HEREBY ORDERED** that all claims by Plaintiff against Defendant Messerli & Kramer, P.A., ONLY, are **DISMISSED WITH PREJUDICE** on its merits, without costs, disbursements or attorney fees to any party.

Dated: April 17, 2018         s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge